**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DOUGLAS FARRINGTON,

    Plaintiff,

vs.                              CASE NO. 3:04-cv-367-J-HTS

JO ANNE B. BARNHART,
U.S. Commissioner of
Social Security,

    Defendant.

---

**O R D E R**

    This cause is before the Court on Plaintiff's Petition for Award of Attorney Fees Under the Equal Access to Justice Act and the Social Security Act (Petition), attached to the Itemization of Time (Doc. #32; Itemization).  It is represented Defendant has no objection to the amount sought in the Petition.  Petition ¶ 10.

    A total of 18.8 hours were expended in the representation of Plaintiff before the Court in 2004 and 2005.  Itemization; *see also* Petition ¶ 8.  Plaintiff seeks a total payment of $2,686.52 in fees.  Petition ¶ 9; Itemization at 2.  This is based on an hourly rate of $142.90.  Petition ¶ 6; Itemization at 2.

    Having reviewed the Petition and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees.  *See* 28 U.S.C. § 2412(d).  Thus, in light of the parties'

agreement, Plaintiff may reasonably be awarded $2,686.52 in attorney fees.[1]

Accordingly, the Petition, which renders **MOOT** Plaintiff's Petition for Award of Attorney Fees Under the Equal Access to Justice Act and the Social Security Act attached to the Itemization of Time (Doc. #31), is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $2,686.52.

**DONE AND ORDERED** at Jacksonville, Florida this 20th day of January, 2006.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record and
     pro se parties, if any

---

[1]   The Court notes the total fee sought by Plaintiff is less than the amount allowed under the Equal Access to Justice Act, 28 U.S.C. § 2412, accounting for adjustments due to an increase in the cost of living. See id. § 2412(d)(2)(A).  For the purpose of determining the rate of inflation, the Court viewed http://data.bls.gov/cgi-bin/cpicalc.pl (last visited January 19, 2006).